AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE  DISTRICT OF  PUERTO RICO

| UNITED STATES OF AMERICA, | **APPEARANCE** |
|---|---|
| v. | CASE NUMBER: **CR 97-137(DRD)** |
| **FUNDADOR MORENO-MEDINA** | |

To the Clerk of this court and all parties of record:

Enter my appearance as **lead counsel** in this case for the United States of America. Any other prior Assistant U.S. Attorney who has filed an appearance form in this case is to be terminated.

October 17th, 2007
Date

*s// Olga Castellón*
Olga Castellón - #223701
Special Assistant U.S. Attorney
Torre Chardón Bldg., Suite 1201
#350 Carlos Chardón Avenue
Hato Rey, Puerto Rico  00918
Tel. (787) 766-5656

### CERTIFICATE OF SERVICE

I hereby certify that on October 17th, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system.

In San Juan, Puerto Rico, this 17th day of October, 2007.

*s//Olga Castellón*
Olga Castellón - #223701
Special Assistant U.S. Attorney